(September 17, 1998)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. ROCKWELL, Appellant. [678 NYS2d 920] —Appeal from a judgment of the County Court of Tioga County (Sgueglia, J.), rendered April 14, 1997, which revoked defendant's probation and imposed a term of imprisonment.

Defendant pleaded guilty to driving while intoxicated as a felony and was sentenced to five years' probation. When he subsequently pleaded guilty to violating the terms of his probation, defendant's probation was revoked and he was resentenced to a prison term of 1 to 3 years. Defense counsel now seeks to be relieved of his assignment as counsel on the ground that there are no nonfrivolous issues that can be raised on appeal. Our review of the record leads us to the same conclusion. Defendant entered a knowing, voluntary and intelligent plea of guilty. Accordingly, the judgment is affirmed and defense counsel's application for leave to withdraw is granted (see, People v Cruwys, 113 AD2d 979, lv denied 67 NY2d 650).

Cardona, P. J., Mercure, White, Spain and Carpinello, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.